1
2
3
4
5

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA BASLE and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not for Profit Corporation, | 1:08-cv-1379 -LJO- GSA |
| Plaintiff, | ORDER RE: STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT |
| v. | |
| PM SERVICES INC., and GWENDOLYN WILLIAMS, | |
| Defendants. | |

    Pursuant to the stipulation filed by the parties on October 16, 2008, Defendants shall have up until October 27, 2008 to file a response to the Complaint.  Counsel are advised that pursuant to Local Rule 6-144, the parties may file one stipulation extending the time to respond to a Complaint.  All subsequent extension requests must be made by motion and approved by the court.

1

IT IS SO ORDERED.

**Dated:** **October 20, 2008**              /s/ **Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE