# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA BASLEE et al, | CASE NO. CV-F-08-1379 LJO GSA |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| PM SERVICES, INC., et al, | |
| Defendants. | |

On October 26, 2008, Plaintiffs filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   October 27, 2008**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1