UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not for Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PM SERVICES, INC.; and GWENDOLYN WILLIAMS,<br><br>Defendants. | Case No. 1:08-CV-01379-LJO-GSA<br><br>ORDER RE JOINT APPLICATION STIPULATION REQUESTING REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |

Having considered the application of the parties, and good cause appearing therefore, it is hereby ordered that this action is referred for settlement conference to Magistrate Judge Gary S. Austin.

This Court ORDERS the parties to contact Judge Austin's chambers at (559) 499-5962 to arrange a settlement conference.

IT IS SO ORDERED.

**Dated:   November 24, 2008          /s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE