UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINA BASLEE; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA, a California Not for Profit Corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PM SERVICES, INC.; and GWENDOLYN WILLIAMS,<br><br>    Defendants. | Case No. 1:08-CV-01379-GSA<br><br>CONSENT DECREE |

This action was brought by plaintiff Fair Housing Council of Central California ("FHCCC")[1] alleging that defendants violated the federal Fair Housing Act, 42 U.S.C. section 3601 *et seq*. and related state laws by discriminating against families with children on the basis of familial status in connection with the ownership and operation of the Coral Gardens Apartments, located at 1310 and

---

[1] The Fair Housing Council of Central California is the only remaining plaintiff in this action. Evangelina Baslee dismissed her claims without prejudice (docs. 14, 15).

1320 East San Bruno Street in Fresno, California ("Coral Garden Apartments"). Defendants have denied all material allegations in the complaint.

The parties have agreed that in order to avoid protracted and costly litigation, the controversy should be resolved without a trial or adjudication on the merits and therefore have consented to entry of this decree and order.  By entering into this consent decree and final order ("Order"), defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by FHCCC.

It is hereby ordered, adjudged and decreed that:

### Monetary Payments

1. Defendant PM Services or its insurer shall make a payment to FHCCC in the amount of $25,000 (twenty-five thousand dollars) in the form of checks made payable to the Attorney-Client Trust Account of Brancart & Brancart, and delivered to plaintiff's counsel, Brancart & Brancart, 8205 Pescadero Road, Loma Mar, CA 94021, no later than 15 days following the entry of this Order.   This payment shall be inclusive of any claims for damages, attorneys' fees, expenses  and costs by FHCCC.  No later than 15 days following the monetary payment described above, plaintiff's counsel shall file the executed Joint Application and Stipulation Re Dismissal.

### Mutual Release

2. FHCCC and defendants shall execute a mutual release indicating that this consent decree and final order constitutes a full and final settlement of any and all claims that they have related to defendants' ownership or operation of the Coral Gardens Apartments.  That mutual release shall include a waiver of all known and unknown claims and a waiver of the rights of all parties as to defendants' ownership or operation of the Coral Gardens Apartments only under California Civil Code section 1542.

**Equitable Terms**

3.   Defendant PM Services and its employees shall comply with the following terms for the duration of this order:

   a.   PM Services shall comply with all federal and state housing discrimination laws, including but not limited to the Fair Housing Act (FHA), the California Fair Employment and Housing Act (FEHA), and the federal regulations implementing the Fair Housing Act located at 24 C.F.R. section 100 *et seq.* in connection with the rental of residential property*;*

   b.   Each agent or employee of PM Services involved in the management or rental of dwellings shall attend an annual fair housing training provided by California Apartment Association (CAA);

   c.   Within 60 days of entry of this Order, PM Services shall display a fair housing poster (HUD form 928 or DFEH form 164H, 164S) in a conspicuous location in the manager's office or another common area of any rental premises owned or operated by PM Services, except for single family residences.   In the case of a single family residence, PM Services shall provide the occupants with a copy of the DFEH fair housing pamphlet (DFEH form 157H, 157S).

   d.   Within 60 days of entry of this Order, for each new dwelling that PM Services rents or manages, PM Services shall provide the tenants of that dwelling with the following documents:   (1)   a copy of the DFEH fair housing pamphlet (DFEH form 157H, 157S); and (2) a copy of revised house rules compliant with the FHA and FEHA.   Within 60 days of entry of this Order, for each new dwelling that PM Services rents or manages, PM Services shall provide prospective tenants with a copy of the DFEH fair housing pamphlet (DFEH form 157H, 157S). For purposes of FHA/FEHA compliant house rules, the CAA model rules shall serve as a safe harbor.   The terms "new dwelling" shall mean any of the following:   (1) Any dwelling subject to any management contract executed by PM Services after

1  the date of entry of this Order; *or* (2) any dwelling subject to any management
2  contract re-executed by PM Service after the date of entry of this Order; *or* (3) any
3  dwelling for which PM Service has provided management or rental service for
4  more than one year after the date of entry of this order, ***whichever occurs first***.
5  The term "prospective tenant" shall mean an individual who applies for residential
6  housing with P M Services.  The parties acknowledge that a prospective tenant
7  may access an application for residential house from P M Services' web site.
8  Accordingly, P M Services is deemed to be in compliance with the requirement to
9  provide the DFEH fair housing flyer to prospective tenants by posting the flyer on
10 P M Services' web site in English and in Spanish.

11     e.    For purposes of dwellings currently rented or managed by PM
12 Services (i.e., not "new dwellings"), PM Services shall within 60 days of the date
13 of entry of the Order provide the owners of those dwellings with  (1)   a copy of
14 the DFEH fair housing pamphlet (DFEH form 157H, 157S); and (2) a copy of
15 revised house rules compliant with the FHA and FEHA, and shall recommend that
16 the current owner permit PM Services to distribute a copy of those documents to
17 each tenant and prospective tenant of that dwelling.

18     f.    PM Services shall mail a letter to FHCCC on an annual basis
19 certifying that PM Services has complied with the terms of this Order.

20     4.    This Order shall be in effect for a period of three years from the date
21 of entry and the Court shall retain jurisdiction for purposes of enforcement.  This
22 Order will terminate at the end of the three-year period.

23     5.    The parties agree to provide at least 30 days notice and an
24 opportunity to cure in the event that a dispute arises or a violation of this Order is
25 suspected before filing any action to enforce.  The parties further agree that they
26 ///
27 ///
28

1  will exhaust good faith mediation attempts before requesting the assistance of the
2  Court in resolving any disputes that arise under the terms of this order.
3  APPROVED as to content and form:

                                       BRANCART & BRANCART

                                       /s/ Christopher Brancart

                                       Christopher Brancart
                                       cbrancart@brancart.com
                                       Attorneys for Plaintiffs

                                       STONE & ASSOCIATES

                                       /s/ Juliet MacMillin

                                       Juliet MacMillin
                                       Attorneys for Defendant
                                       PM Services, Inc.

IT IS SO ORDERED.

    **Dated:   February 9, 2009**                  /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE