BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
    cbrancart@brancart.com
  Elizabeth Brancart (SBN 122092)
    ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVANGELINA BASLEE; and FAIR HOUSING COUNCIL OF CENTRAL CALIFORNIA,** a California Not for Profit Corporation,<br><br>    **Plaintiffs,**<br><br>  vs.<br><br>**PM SERVICES, INC.; and GWENDOLYN WILLIAMS,**<br><br>    **Defendants.** | Case No. 1:08-CV-01379-GSA<br><br>**JOINT APPLICATION AND STIPULATION RE DISMISSAL; ORDER** |

    The parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety, including all cross-claims and counter-claims, subject to the terms of the consent decree entered in this action.   The Court shall retain

///

///

///

///

jurisdiction solely for purposes of enforcement of the terms of the consent decree. A proposed order appears at the end of this application.

Dated:   January ___, 2009.

>Respectfully submitted,
>
>BRANCART & BRANCART
>
>/s/ Christopher Brancart
>Christopher Brancart
>cbrancart@brancart.com
>Attorneys for Plaintiffs
>
>STONE & ASSOCIATES
>
>/s/ Juliet MacMillin
>Juliet MacMillin
>Attorneys for Defendant
>PM Services, Inc.
>
>PASCUZZI, MOORE & STOKER
>
>/s/ Steven Stoker
>Steven Stoker
>Attorneys for Defendant
>Gwendolyn Williams

**ORDER**

Based upon the application and stipulation of the parties, and good cause appearing therefor, it is hereby ORDERED that this action is dismissed in its entirety, including all cross-claims and counter-claims, subject to the terms of the consent decree entered in this action.   The Court shall retain jurisdiction solely for purposes of enforcement of the terms of the consent decree.

IT IS SO ORDERED.

**Dated:   February 9, 2009**          **/s/ Gary S. Austin**

-2-

1                                                    UNITED STATES MAGISTRATE JUDGE